# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NAKYEA C. HOLLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION |
| A NEW YOU SKIN AND BODY ) | FILE NO.  1:17-CV-03602-ELR |
| CLINIC CENTER, LLC D/B/A A ) | |
| NEW YOU SKIN AND BODY ) | |
| CLINIC, JUDITH R. MCKERNAN, ) | |
| R.N., B.S.N., NICOLE YOUNG, ) | |
| L.M.E., AND JOHN BARRY ) | |
| MCKERNAN, M.D., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DEPOSITION AND NOTICE TO PRODUCE

TO:   Felix Bopp, M.D.
　　　c/o William L. Pratt
　　　Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
　　　2800 Energy Centre
　　　1100 Poydras Street
　　　New Orleans, LA  70163

　　　PLEASE TAKE NOTICE that the Defendants will take the deposition of

**Felix Bopp, M.D.** commencing on Wednesday**, June 6, 2018 at 5:00 p.m.** at

**Bopp Dermatology & Facial Plastic Surgery,  3421 North Causeway**

**Boulevard, Suite 102, Metairie, Louisiana, 70002**.

This deposition shall be taken upon oral examination before an officer authorized by law to administer oaths and will be recorded by stenographic means. It will be taken for the purposes of discovery and cross-examination, and for all other purposes that may be legally permissible under the Georgia Civil Practice Act.

The deposition will continue from day to day until its completion.

## Notice to Produce

The deponent is noticed to produce and bring to the deposition the following documents:

(1)  All materials provided to you or reviewed by you in connection with this case, including but not limited to medical records, depositions, radiology films, reports from other physicians and any and all other materials relevant to the case.

(2)  All correspondence, tapes, memoranda, notes, reports and any other documents received or generated by you in connection with this case.

(3)  The results of all research done by you or for you relative to the case, including, without limitation, copies of articles, texts, journals and results of medline searches.  This should include any literature which you believe supports your opinions.

(4)  An accurate accounting of the time spent reviewing the case, including preparation time for the deposition and hourly rate charged for such services.

(5)  All invoices, statements, bills and so forth connected with your review of the case.

(6)  A listing of all background sources and other persons, if any, whom you have consulted in connection with your review of this case.

(7)  A current copy of your curriculum vitae.

(8)  A complete list of all publications either authored or co-authored by you, including all papers, periodicals or articles pending publication, relevant to your opinions in this matter.

(9)  A complete list of all research projects in which you are currently involved.

(10)  A complete list of all cases in which you have testified, specifying whether your testimony was by deposition or at trial, the case number, the court, the date of testimony and for which party you testified.

This 2nd day of May, 2018,

-4-

                                                WEATHINGTON McGREW, P.C.

                                                */s/ Wayne D. McGrew, III*
                                                */s/ Andrew M. Bagley*

                                                WAYNE D. MCGREW, III
                                                Georgia Bar No. 493216
                                                ANDREW M. BAGLEY
                                                Georgia Bar No. 959771
                                                *Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 3900
Atlanta, GA  30303
404-524-1600 (Phone)
404-524-1610 (Fax)

-5-

## **CERTIFICATION AS TO FONT**

Counsel certifies that this pleading has been prepared in Times New Roman font in 14 point type as required by the Court.

This 2nd day of May, 2018.

                                                  WEATHINGTON McGREW, P.C.

*/s/ Wayne D. McGrew, III*
*/s/ Andrew M. Bagley*
_____
WAYNE D. MCGREW, III
Georgia Bar No. 493216
ANDREW M. BAGLEY
Georgia Bar No. 959771
*Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 3900
Atlanta, GA  30303
404-524-1600 (Phone)
404-524-1610 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter electronically via CM/ECF and by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

William L. Pratt
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA  70163

This 2nd day of May, 2018.

WEATHINGTON McGREW, P.C.

*/s/ Wayne D. McGrew, III*
*/s/ Andrew M. Bagley*

WAYNE D. MCGREW, III
Georgia Bar No. 493216
ANDREW M. BAGLEY
Georgia Bar No. 959771
*Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 3900
Atlanta, GA  30303
404-524-1600 (Phone)
404-524-1610 (Fax)